THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MANUEL M. MENDOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CV 07-05469 CW<br><br>**ORDER OF REMAND** |

The parties' stipulation to remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g), and for the entry of judgment for Plaintiff, is hereby approved. Accordingly, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand.

Dated: Dec. 18, 2008

_____/S/_____
CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE